SEALED unsealed

2008 JUN 17 PM 3: 20

KNK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 2019 L

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. _____ |
|                              ) | |
|         Plaintiff,           ) | I N D I C T M E N T |
|                              ) | |
|     v.                       ) | Title 21, U.S.C., Secs. 846 and |
|                              ) | 841(a)(1) - Conspiracy to |
| JOSE ALBERTO MARQUEZ (1),    ) | Distribute Methamphetamine; |
|     aka Bat                  ) | Title 21, U.S.C., |
| JULIA MORONES (2),           ) | Sec. 841(a)(1) - Possession of |
| MARIA ANGELICA MADRIAGA (3), ) | Methamphetamine with Intent to |
|     aka Kika,                ) | Distribute; Title 18, U.S.C., |
|                              ) | Sec. 2 - Aiding and Abetting |
|         Defendants.          ) | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including April 17, 2007, within the Southern District of California, and elsewhere, defendants JOSE ALBERTO MARQUEZ, aka Bat, JULIA MORONES, and MARIA ANGELICA MADRIAGA, aka Kika, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//

MIC:em:San Diego
6/17/08

23, vet

### Count 2

On or about April 17, 2007, within the Southern District of California, defendants JOSE ALBERTO MARQUEZ, aka Bat, JULIA MORONES, and MARIA ANGELICA MADRIAGA, aka Kika, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 75 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 17, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHAEL J. CROWLEY
Assistant U.S. Attorney

2