~~SEALED~~
unsealed

2008 JUN 17 PM 4:33

BY: _____ KW11 _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  '08 CR 2019 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ALBERTO MARQUEZ, ET AL., ) <br> aka Bat ) <br> ) <br> Defendant. ) | Criminal Case No. _____ <br><br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gustavo Rivera-Martinez, et al.</u>, Criminal Case No. 02CR0878-L.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney