

**Minutes of the United States District Court**
**Southern District of California**
**JUNE 19, 2008**

HON.  LEO S. PAPAS                    DEPUTY CLERK: J. JARABEK

TAPE NO. LSP08-10:13-10:20

08CR2019-L        USA      vs.    JOSE ALBERTO MARQUEZ (1)(C)(SE) 56447179
                                  MARIA MADRIAGA(3)(C)(SE) 93204098

ARRAIGNMENT                       BILL BROWN CJA, FOR #1
ON INDICTMENT                     JEREMY WARREN CJA, FOR #3

                                  AUSA: JOHN PARMLEY

GOVT'S ORAL MOT TO UNSEAL THE INDICTMENT AS TO ALL DEFENDANTS - GRANTED

DFTS ARRAIGNED ON ALL COUNTS OF THE INDICTMENT

NOT GUILTY PLEAS ENTERED

MOTION HEARING/TRIAL SETTING SET FOR 7/23/2008 10:30 AM BEFORE JUDGE LORENZ

7 MINS