1  KAREN P. HEWITT
   United States Attorney
2  MICHAEL J. CROWLEY
   Assistant United States Attorney
3  California Bar No. 168753
   JOHN N. PARMLEY
4  Assistant United States Attorney
   California Bar No. 178885
5  Federal Office Building
   880 Front Street, Room 6293
6  San Diego, California  92101-8893
   Telephone: (619) 557-5733 / (619) 557-6198
7
   Attorneys for Plaintiff
8  United States of America

9

                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,        )    Case No. 08CR2019-L
                                     )
13             Plaintiff,            )
                                     )    I N F O R M A T I O N AND NOTICE TO
14        v.                         )    DEFENDANT JOSE ALBERTO
                                     )    MARQUEZ OF THE GOVERNMENT'S
    JOSE ALBERTO MARQUEZ,            )    INTENT TO SEEK ENHANCED
15                                   )    PENALTY UNDER 21 U.S.C. § 851
               Defendant.            )
16  _____ )

17        The UNITED STATES OF AMERICA hereby notifies defendant JOSE ALBERTO

18  MARQUEZ that it intends to seek an enhanced penalty under Title 21, United States Code,

19  Sections 841, 846 and 851, because Defendant MARQUEZ committed the two offenses alleged

20  in the Indictment in case number 08CR2019-L (conspiracy to distribute over 50 grams of

21  methamphetamine (actual) and possession of over 50 grams of methamphetamine (actual) with

22  intent to distribute) after two or more prior convictions for a felony drug offense had become final.

23        Prior Convictions

24        On July 18, 1980, Defendant MARQUEZ entered a guilty plea in criminal case number

25  CR51052 (SF57363) to the felony offense of selling a controlled substance (heroin), a violation

26  of California Health and Safety Code Section 11352. Defendant MARQUEZ was sentenced to one

27  year and four months custody in or about 1982 in the Superior Court for the County of San Diego

28  for the  felony drug conviction.  Defendant MARQUEZ was represented by attorney Anthony

1    Leary in that case.  Attached hereto as "Exhibit A" are copies of state court documents regarding

2    Defendant MARQUEZ's guilty plea and sentencing for case CR51052.

3          On April 26, 1989, Defendant MARQUEZ entered a guilty plea in criminal case number

4    CR101287 (B45242) to the felony offense of possession of a controlled substance for sale

5    (methamphetamine), a violation of California Health and Safety Code Section 11378.  Defendant

6    MARQUEZ was sentenced to two years custody in or about 1991 in the Superior Court for the

7    County of San Diego for the felony drug conviction.  Defendant MARQUEZ was represented by

8    attorney Michael Berg in that case.  Attached hereto as "Exhibit B" are copies of state court

9    documents regarding Defendant MARQUEZ's guilty plea and sentencing for case CR101287.

10          <u>Enhanced Penalty</u>

11          Pursuant to the provisions of Title 21, United States Code, Sections 841, 846 and 851,

12    defendant JOSE ALBERTO MARQUEZ faces, upon conviction on either charge in the Indictment,

13    a mandatory term of life imprisonment without release and a fine of up to $8,000,000.

15          DATED: July 22, 2008.

16                               Respectfully submitted,

17                               KAREN P. HEWITT
                                  United States Attorney

19                               <u>/s/ Michael J. Crowley</u>
20                               MICHAEL J. CROWLEY
                               Assistant U.S. Attorney

22                               <u>/s/ John N. Parmley</u>
                               JOHN N. PARMLEY
                               Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2019-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE ALBERTO MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Michael Crowley, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of: **IN F O R M A T I O N AND NOTICE TO DEFENDANT JOSE ALBERTO MARQUEZ OF THE GOVERNMENT'S INTENT TO SEEK ENHANCED PENALTY UNDER 21 U.S.C. § 851** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

William Winfield Brown, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>July 22, 2008.</u>

<u>    /s/ Michael Crowley          </u>
MICHAEL CROWLEY
ASSISTANT U.S. ATTORNEY

<u>    /s/ John N. Parmley    </u>
JOHN N. PARMLEY
ASSISTANT U.S. ATTORNEY

# EXHIBIT A

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
SOUTH BAY JUDICIAL DISTRICT

THE PEOPLE OF THE STATE OF CALIFORNIA,
                                    Plaintiff,          CASE NO.

_Jose Albert _____,
and _Jose Albert Cabrera___,
                                    Defendant.

Comes now _Jose Albert Mejia___ and in this
criminal action, and in support of his motion to change his plea in open court, through his
attorney, does declare:

1. That his attorney in the above-entitled criminal action is _____.

2. That he is charged in complaint number _H&S 11351_____, with having _____
   _11352 (H&S) – 2 Counts_____;

3. That he desires to change his plea[s] and desires to plead guilty to[:] _11352 H&S Count 1_____
   (show number[s] and count[s])

4. That he _is_ now and _was_ at the time this form was prepared in possession of all his faculties
   (is/was not)       (was/was not)
   and has not consumed any drug, narcotic or alcoholic beverage in the 24-hour period preceding the
   entry of this plea to the extent that his sound judgment is impaired;

5. That he _does_ understand the nature of the charge[s] against him;
   (does/does not)

6. That he has _discussed_ the nature of the charge[s] against him and the possible defense[s] thereto
   (has/has not)
   with his attorney and understands the consequences of a plea of Guilty.

7. That he violated the aforementioned _11352 H&S_____ by _____
   _selling a controlled substance, to wit Heroin._____

8. Defendant in this matter declares that he has been advised of the following constitutional rights:
   [a] The right to be tried by a jury;
   [b] The right to confront and to cross-examine all the witnesses against him;
   [c] The right at the trial to present evidence in his favor and either to testify for himself or, if he wished,
       he may remain silent;
   [d] The right to a speedy and public trial;
   [e] The right to have witnesses subpoenaed to testify in his behalf and to obtain all evidence which might
       exonerate the defendant;
   [f] The right to have a qualified lawyer defend him at all stages of the proceedings; that said attorney may
       be of defendant's own choice or shall be court appointed if the defendant is unable to afford counsel.

8a. That he _does_, except for his right to be represented by an attorney, knowingly and intelligently
    (does/does not)
    waive each and every one of his rights as set forth in item 8 above, including:
    [a] The right to be tried by a jury;
    [b] The right to confront and to cross-examine all the witnesses against him;
    [c] The right against self-incrimination.

9. If you are not a citizen, you are hereby advised that conviction of the offense for which you have been
   charged may have the consequences of deportation, exclusion from admission to the United States, or
   denial of naturalization pursuant to the laws of the United States.

10. That his decision to change his plea[s] _has_ been made freely and voluntarily, without threat or
    (has/has not)
    fear to him or to anyone closely related to or associated with him;

11. That his attorney _has_ explained the possible sentence[s], and the defendant understands the
    (has/has not)
    maximum punishment[s] which could be imposed as a result of a plea of Guilty to be: _____
    _5 years in prison_____

12. That his attorney _has_ explained the possible penalties and consequences of a plea of Guilty to be:
    (has/has not)
    _CRC referral_____

13. That he _has not_ been induced to plead Guilty by any promise or representation of a lesser sentence,
    (has/has not)
    probation, reward, immunity, or anything else, except as stated below. If defendant's plea of Guilty
    is the result of discussions with the District Attorney (eg: that the District Attorney has agreed to move
    to dismiss a count if defendant pleads Guilty to another count), explain briefly such promise or plea
    bargaining in the following space: _____
    _DA will _____ at time of sentencing appropriate dismiss and dispo_____
    to make in the open _____
    Court approval of 1203.03 PC already before ordering prison._____

14. That he _does_ understand that the matter of probation and sentence is to be determined solely by
    (does/does not)
    the court; and

15. That he is pleading Guilty because in truth and in fact he _is_ Guilty, and for no other reason.
    (is/is not)

                                    —OVER—

Section 987.8 of the California Penal Code provides that the Court shall determine if defendant has the ability to pay all or a portion of the costs of counsel.

Defendant understands the right to a hearing on defendant's ability to pay the cost of defendant's Court appointed attorney and defendant:

a. [✓] Waives the right to a hearing on defendant's ability to pay attorney fees and requests that the Court determine defendant's ability to pay on the basis of this declaration which is attached in accordance with the Court. Defendant's financial circumstances have not changed.

b. [ ] Waives the right for a hearing on defendant's ability to pay attorney fees and requests that the Court determine defendant's ability to pay on the basis of defendant's updated financial statement which is attached.

c. [ ] Requests that a hearing date be set by the Court.

Notice of defendant's hearing may be mailed to defendant at:

_____

_____

**NOTE:** *This is a civil matter and defendant is not entitled to representation by counsel at County expense.*

Defendant has    (Cross out the inapplicable phrase)
1. personally received and discussed with his attorney
2. read, discussed and has had explained to him by his attorney
each of the above items, and understands same. Defendant has initialed each item as proof thereof.

Executed this 15 day of July_____, 19 80, in the County of San Diego, State of California.

_____  J. a. Marquis Jr.
(signature)

Anthony N. Leray_____ states that he is the attorney for the defendant in the above-entitled criminal action; that he personally read, discussed and explained the contents of the above declaration of the defendant and each item thereof; that defendant's constitutional rights have not been violated; that no meritorious defense exists to the charge[s] to which defendant is pleading Guilty; that he personally observed the defendant (fill in and initial each item, or read and initial each item) acknowledging explanation of the contents of each item, that he observed defendant date and sign said declaration; that he concurs in defendant's withdrawal of his plea[s] of not guilty; that he concurs in defendant's plea[s] of Guilty to the charge[s] as set forth by the defendant in the above declaration.

Dated this 18 day of July_____, 19 80

_____
(Attorney's Signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney, EDWIN L. MILLER, JR., District Attorney, concurs in the defendant's withdrawal of his plea[s] of not guilty and in the defendant's plea of Guilty to the charge[s] as set forth by the defendant in the above declaration.

Dated this 18 day of Jan_____, 1980

EDWIN L. MILLER, JR.
District Attorney

By: _____
(Deputy District Attorney)

Defendant personally and by his attorney having in open court moved to withdraw his plea[s] of not guilty as heretofore entered and the People of the State of California, by and through its attorney, having concurred in said motion:

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

Dated: July 18 80

_____
(Judge of the Municipal Court)

It is stipulated that the Court may consider the following as a factual basis for the plea: [1] the police report [2] the facts set forth in Paragraph 7 of the defendant's declaration above.

_____        _____
(Attorney for Defendant)              (Deputy District Attorney)

## ABSTRACT OF JUDGMENT — COMMITMENT

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO

COUNTY I.D.    **BRANCH**

CASE NUMBER(S)

**PEOPLE OF THE STATE OF CALIFORNIA** VERSUS  [X] PRESENT   CR 58285 — A

**DEFENDANT:** JOSE ALBERT MARQUEZ, JR    [ ] NOT PRESENT   CR 51052 — B

**AKA:** Jose Alberto Marquez — C

**COMMITMENT TO STATE PRISON** — D

**ABSTRACT OF JUDGMENT** [X] AMENDED ABSTRACT — E

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 09 20 82 | EIGHT | THOMAS G. DUFFY | SHARON BLANCHET |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| NINA Y. LEE | L. DUBOW | A. LEARY | G. TOREN |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTED BY | PRINCIPAL/ ATTEMPTED | SENTENCE RELATION |
|---|---|---|---|---|---|---|---|---|
| 2A | PC | 459* | BURGLARY, 1st degree | 82 | 06 15 82 | x U | PRINCIPAL | 6 |
| 1B | HS | 11352 | TRANS./FURN. CONTROLLED SUBSTANCES | 80 | 07 18 80 | x M | | |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) c/r x | 12022(b) c/r x | 12022.5(a) c/r x | 12022.3(b) c/r x | 12022.5 c/r x | 12022.6(a) c/r x | 12022.6(b) c/r x | 12022.7 c/r x | 12022.8 c/r x |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**3. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

**5. A. NUMBER OF PRIOR PRISON TERMS:**

| | S | c/r | x | t |
|---|---|---|---|---|
| 667.5(a) | | 0 | 0 | 0 |
| 667.5(b) | | 0 | 0 | 0 |
| 667.5(b) | | 0 | 0 | 0 |

**4. OTHER ORDERS:**

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| | S | c/r | s | t |
|---|---|---|---|---|
| 667.5(a) | | 0 | 0 | 0 |

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:**

**8. TOTAL TERM IMPOSED:** →

**9. EXECUTION OF SENTENCE IMPOSED:**

A. [ ] AT INITIAL SENTENCING HEARING    B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL    C. [ ] AFTER REVOCATION OF PROBATION    D. [ ] AT RESENTENCING PURSUANT RECALL OF COMMITMENT (§1170(d))

**10. DATE SENTENCE PRONOUNCED:**

| | MO | DAY | YEAR |
|---|---|---|---|
| | 09 | 20 | 82 |

**CREDIT FOR TIME SPENT IN CUSTODY:**

TOTAL DAYS A — 168    B — 850   INCLUDING:

ACTUAL LOCAL A-112   B-567

LOCAL CONDUCT A-56   B-283

STATE INSTITUTIONS: [ ] DMH   [ ] CDC

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

[X] FORTHWITH

[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA   [ ] CALIF. MEDICAL FACILITY — VACAVILLE   [X] CALIF. FOR MEN

[ ] OTHER (SPECIFY):

**CLERK OF SUPERIOR COURT**

*I hereby certify the foregoing to be a correct abstract of the judgment made in this action.*

DEPUTY'S SIGNATURE    DATE   SEP 2 0 1982

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for a defendant sentenced under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing minute order and supplementary probation report shall be transmitted to the Department of Corrections pursuant to § 1203.01. Attachments may be used but shall be incorporated by reference.

Form Adopted by the
Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**

**FORM DSL 290**

DISTRIBUTION:   PINK COPY — COURT FILE.   YELLOW COPY — DEPARTMENT OF CORRECTIONS.   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS
CRC @ie



1    THE MUNICIPAL COURT

2    SOUTH BAY JUDICIAL DISTRICT

3    COUNTY OF SAN DIEGO, STATE OF CALIFORNIA

4    DEPT. NO. 2                HON THOMAS DUFFY, JUDGE

5

6    THE PEOPLE OF THE              ORS 51052
     STATE OF CALIFORNIA,
7
                    Plaintiff,       No. SF57363
8
           vs.                       Change of Plea to a Felony
9
     JOSE ALBERT MARQUEZ,
10
                    Defendant.
11

12

13              REPORTER'S TRANSCRIPT
                   June 18, 1980
14

15    APPEARANCES:

16       For the Plaintiff:         MR. EDWIN L. MILLER, JR.
                                     District Attorney
17                                   County Courthouse
                                     220 West Broadway
18                                   San Diego, CA  92101
                                     By:  R. G. MAINO
19                                   Deputy District Attorney

20       For the Defendant:         ANTHONY LEARY
                                     Attorney at Law
21

22

23

24

25

26                                   PHYLLIS FISHER, CSR NO. 2037
27                                   OFFICIAL COURT REPORTER
                                       PRO TEMPORE
28

1     CHULA VISTA, CALIFORNIA, FRIDAY, JULY 18, 1980, 4:45 P.M.

2

3     THE COURT: People of the State of California versus

4  Jose Albert Marquez, Case No. SF57363.

5     MR. MAINO: R. G. Maino for the People, your Honor.

6     MR. LEARY: Anthony Leary appearing for Jose Albert

7  Marquez, your Honor, who is present before the Court for the

8  purpose of entering a plea, your Honor.

9     THE COURT: All right. The clerk will administer the

10  oath.

11     (The defendant, Jose Albert Marquez, was sworn

12  by the court clerk.)

13     THE COURT: What is your true name?

14     MR. MARQUEZ: Jose Albert Marquez, Jr.

15     THE COURT: Are you in possession of all your faculties

16  at this time and aware of the nature of these proceedings?

17     MR. MARQUEZ: Yes, sir.

18     THE COURT: Are you aware of the fact that you have a

19  right to remain silent and not be a witness against yourself?

20     MR. MARQUEZ. Yes, sir.

21     THE COURT: Do you give up that right?

22     MR. MARQUEZ: Yes, sir.

23     THE COURT: Have you consumed any drug, narcotic, or

24  alcoholic beverage in the last 24 hours that might impair

25  your judgment?

26     MR. MARQUEZ: No, sir.

27     THE COURT: You have informed the Court, through your

28  attorney, that you wish to withdraw your formerly entered plea

1  of Not Guilty and enter a plea of Guilty to Count One of the

2  complaint, a violation of 11352, selling a controlled

3  substance; is that correct?

4      MR. MARQUEZ:  Yes.

5      THE COURT:  I'll show you this change of plea form that

6  your attorney just handed me, and ask you if this is your

7  signature that appears on the reverse side "J. A. Marquez, Jr."?

8      MR. MARQUEZ:  Yes.

9      THE COURT:  These are your initials in the boxes in the

10 right-hand column of the front sheet?

11     MR. MARQUEZ:  Yes.

12     THE COURT:  Did you initial and sign this after going

13 over it carefully with your attorney and fully understanding

14 it?

15     MR. MARQUEZ:  Yes.

16     THE COURT:  Would the People please inquire with regard

17 to a basis.

18     MR. MAINO:  Sir, on or about the 28th of June of this

19 year, did you sell a substance that you thought to be heroin

20 to somebody while you were in the County of San Diego?

21     MR. MARUQEZ:  Uh-huh.

22     MR. LEARY:  Speak up.

23     MR. MARQUEZ:  Yes.

24     MR. MAINO:  I think that should do it, your Honor, you

25 may not have heard his yes answer.

26     MR. MARQUEZ:  Yes.

27     THE COURT:  I can't hear your answer.

28     MR. MARQUEZ:  Yes.

1    THE COURT:  Do you understand that you have an absolute
2  right to a speedy and public trial by a jury?
3    MR. MARQUEZ:  Yes.
4    THE COURT:  By pleading guilty you are giving up that
5  right since there will be no trial.
6    MR. MARQUEZ:  Yes.
7    THE COURT:  Do you give up that right?
8    MR. MARQUEZ:  Yes.
9    THE COURT:  Do you understand that you have an absolute
10 right to the assistance of a lawyer at all stages of these
11 proceedings?
12   MR. MARQUEZ:  Yes.
13   THE COURT:  Do you understand that you have an absolute
14 right to be confronted by the witnesses against you, that
15 is to hear, see, and have your attorney question all witnesses
16 who would testify against you?
17   MR. MARQUEZ:  Yes.
18   THE COURT:  Do you understand that by pleading guilty
19 you are giving up your right to confront the witnesses,
20 because that would occur at the trial?
21   MR. MARQUEZ:  Yes.
22   THE COURT:  Do you give up that right?
23   MR. MARQUEZ:  Yes.
24   THE COURT:  You further understand that you have a
25 right, through the process of the court, to compel the
26 attendance of witnesses in your own behalf and to present
27 evidence on your own behalf in the defense of this charge?
28   MR. MARQUEZ:  Yes.

1      THE COURT:  By pleading guilty you are giving up your
2  right to subpoena witnesses.
3      MR. MARQUEZ:  Yes.
4      THE COURT:  Do you understand that you also have an
5  absolute right to the privilege against self-incrimination,
6  that is you have a right to remain silent and require the
7  prosecution to prove their case against you beyond a
8  reasonable doubt?
9      MR. MARQUEZ:  Yes.
10      THE COURT:  And do you understand further that by
11  pleading guilty you are giving up this privilege in that you
12  are admitting the commission of this crime?
13      MR. MARQUEZ:  Yes.
14      THE COURT:  Is this a felony or a misdemeanor?
15      MR. MARQUEZ:  A felony.
16      THE COURT:  Do you know what the maximum sentence is
17  for this offense?
18      MR. MARQUEZ:  Yes.
19      THE COURT:  What is that?
20      MR. MARQUEZ:  Five years.
21      THE COURT:  Five years in State Prison?
22      MR. MARQUEZ:  Uh-huh.
23      THE COURT:  Is that correct?
24      MR. MARQUEZ:  Yes.
25      THE COURT:  Do you understand also that if you are on
26  parole or probation in any case, by the admission of this
27  crime you would be in violation thereof and would be subject
28  to being sentenced?

6

1  MR. MARQUEZ: Yes.

2  THE COURT: Now there are some agreements here. The

3 District Attorney has agreed to dismiss Count Two; also, if

4 the Court is inclined to impose a prison sentence, the Court

5 has agreed that before doing so we would have a 1203.03

6 diagnostic study.

7  Now other than those agreements, have any other

8 promises been made to you?

9  MR. MARQUEZ: No.

10  THE COURT: Has anyone threatened you or threatened

11 anyone close to you to get you to plead guilty?

12  MR. MARQUEZ: No.

13  THE COURT: You have discussed the case with your

14 attorney?

15  MR. MARQUEZ: Yes.

16  THE COURT: Do you believe that you have had enough time

17 to discuss your case with him?

18  MR. MARQUEZ: Yes.

19  THE COURT: Have you told him all of the facts and

20 circumstances that are known to you about your case?

21  MR. MARQUEZ: Yes.

22  THE COURT: Are you pleading guilty freely and volun-

23 tarily?

24  MR. MARQUEZ: Yes.

25  THE COURT: Mr. Leary, do you believe you have had

26 sufficient time to discuss this case and all of its ramifica-

27 tions with your client?

28  MR. LEARY: Yes, your Honor, I do.

1    THE COURT: Have you discussed with him fully his
2 rights, his defenses, and the possible consequences to him of
3 a plea of guilty?
4    MR. LEARY: Yes I have, your Honor.
5    THE COURT:  Do you consent to the plea?
6    MR. LEARY: Yes I do.
7    THE COURT: Mr. Marquez, I'm going to read to you Count
8 One of the complaint.  It alleges that on or about June 28,
9 1980, that you, Jose Albert Marquez, Jr., did unlawfully sell,
10 furnish, administer and give away and offer to sell, furnish,
11 administer and give away a controlled substance, to wit heroin
12 in violation of Health and Safety Code Section 11352.  To that
13 charge, what is your plea, guilty or not guilty?
14    MR. MARQUEZ:  Guilty.
15    THE COURT:  I will accept the guilty plea to the charge,
16 make a finding that the defendant has made a knowing and
17 intelligent waiver of his Constitutional rights.
18       The People have a motion?
19    MR. MAINO:  To dismiss Count Two, your Honor, in further-
20 ance of justice.
21    THE COURT:  That motion will be granted.
22       We'll set a probation hearing and sentencing in
23 this department for 15 August, 1:30 P.M., if that's convenient
24 with counsel.
25    MR. LEARY:  That's satisfactory, your Honor, 1:30 P.M.?
26    THE COURT:  1:30 P.M., yes.
27       I don't see any sense in having bail quite as high
28 as it is,

1    MR. LEARY: I would address the Court in that respect.

2  Mr. Marquez, with that bail, would not be eligible for trustee

3  duty or anything of that nature.

4    THE COURT: That's right.

5    MR. LEARY: I have consulted with his parents on this

6  matter, they have indicated to me that they don't think it's

7  appropriate to post bail in this case. I'm satisfied that

8  Mr. Marquez on his own cannot post bail. I would request a

9  reduction to $5,000.

10    THE COURT: So he could get --

11    MR. LEARY: So he could perform trustee duties.

12    THE COURT: That makes sense. The People.

13    MR. MAINO: No objection, your Honor, it looks like it

14  was set for 10,000 because he refused to come down for an

15  interview.

16    MR. LEARY: That is correct, your Honor, and I explained

17  it to him that failure to give the information for the bail

18  unit report would make the bail stay the same.

19    THE COURT: All right. I will reduce his bail then to

20  $5,000.

21    MR. LEARY: Thank you, your Honor.

22        (Proceedings concluded)

23

24

25

26

27

28

CERTIFICATE OF OFFICIAL COURT REPORTER PRO TEMPORE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

   I, PHYLLIS FISHER, do hereby certify:

   That I am presently holder of valid license No. 2037

as a Certified Shorthand Reporter of the State of California;

   That pursuant to Section 69942 of the Government Code

and Section 869 of the Penal Code, I am a duly qualified

competent shorthand reporter;

   That pursuant to Section 72194 of the Government Code

I have been properly appointed as Official Reporter Pro Tempore

of the Municipal Court, South Bay Judicial District, County of

San Diego, State of California;

   That as such official reporter pro tempore, I reported

in shorthand the oral proceedings had in the above-entitled

action on the 18th day of June, 1980;

   That thereafter said shorthand notes were transcribed

into longhand typewriting under my personal direction and

supervision and designated "Reporter's Transcript";

   That said Reporter's Transcript attached hereto is a

full, true and complete typewritten transcription of the oral

proceedings had as aforesaid.

   DATED this 30th day of _____July_____, 1980, at

Chula Vista, California.

                                    PHYLLIS FISHER, CSR NO. 2037
                                    OFFICIAL COURT REPORTER
                                    PRO TEMPORE



WARRANT SO
NTF

MUN... ...NIA. COUNTY OF SA...
...ICIAL DISTRICT

The People of the State of California,
Plaintiff,

MARQUEZ, JOSE ALBERT, JR
AKA LEDESMA, JOSE ALBERT

DOB 01/19/60 MM

Defendant.

FILED
JUL 23 1980
ROBERT D. ZUMWALT, Clerk
BY _____

Complaint–Criminal
(FELONY)

D.A. No. A44394

Case No. S...

The undersigned complains that in the County of San Diego, State of California and B... ...
making or filing of this Complaint, the Defendant(s) did commit the following crime(s):

COUNT ONE:  On or about June 26, 1980, JOSE ALBERT MARQUEZ, JR., AKA
JOSE ALBERT LEDESMA did unlawfully sell, furnish, administer, and
give away, and offered to sell, furnish, administer, and give away
controlled substances, to wit, heroin, in violation of Health and
Safety Code section 11352.

COUNT TWO:  On or about July 1, 1980, JOSE ALBERT MARQUEZ, JR., AKA
JOSE ALBERT LEDESMA did unlawfully sell, furnish, administer, and
give away, and offered to sell, furnish, administer, and give away
controlled substances, to wit, heroin, in violation of Health and
Safety Code section 11352.

Subscribed and sworn to before me on
this date: _____

Judge of the Municipal Court, South Bay
Judicial District, County of San Diego, State
of California

I certify under penalty of perjury that
foregoing is true and correct. Executed
Chula Vista, Ca. on this date: July 9, 1980

_Frank C. Diablo_
Complainant

# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

**FILED**
APR 24 2007

People vs. _JOSE A. MARQUEZ_    CR No. _CR201887_

DA No. _B452142_

## PLEA OF GUILTY/NO CONTEST - FELONY

The defendant in the above-entitled action, in support of his/her motion to change his/her plea(s) in open Court, personally and by his/her attorney, does declare as follows:

1. Of those charges now filed against me in this case, I plead _Guilty_ to the following violations: (List Crimes and Code Sections) _CT TWO HTS 11378 ; ADMIT HTS 11370.2(c) ALLEGATION._    `JAM`

1a. **(If Applicable)** I also admit the following enhancement(s) prior conviction(s) with which I am charged: (List Court, Docket No. and Date of any Prior Conviction) _SEE ABOVE_    `JAM`

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (Briefly state any agreement with the District Attorney.) _OF CT TWO (HTS 11378) ; ADMIT HTS 11370.2(c) ALLEGATION ; DA DISMISS BALANCE/INFORMATION + STRIKE PRIORS. ; DA AGREES TO SYR. LID,_    `JAM`

## RIGHT TO A LAWYER

3. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer, or the Court will appoint a lawyer for me if I cannot afford one.    `JAM`

## CONSTITUTIONAL RIGHTS

I understand that I also have the following constitutional rights, which I give up to plead either Guilty/No Contest:

| | I understand this right. | I give up this right. |
|---|---|---|
| 4. The right to be tried by a jury, in a speedy, public trial. | `JAM` | `JAM` |
| 5. The right to confront and to cross-examine all the witnesses against me. | `JAM` | `JAM` |
| 6. The right to remain silent (unless I choose to testify on my own behalf). | `JAM` | `JAM` |
| 7. The right to present evidence and to have witnesses subpoenaed to testify in my behalf at no cost to me. | `JAM` | `JAM` |

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

8a. I understand that I may receive this maximum penalty as a result of my plea: _w/ ENHANCEMENT_ _16, 2, 3 / 0_ years in State Prison, $ _10,000_ fine and 48 months parole, with up to one year return to prison for every parole violation. If I should receive probation (for up to five years), I understand that I may be given up to a year in local custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any terms or conditions of probation I can be sent to State Prison for the maximum term as stated above.    `JAM`

8b. My attorney has explained to me that other possible consequences of this plea may be:
(Circle applicable consequences.)    `JAM`

   (a) Consecutive sentences.
   (b) Loss of driving privileges.
   (c) Commitment to the Youth Authority.
   (d) Registration as a sex offender.
   (e) Registration as an arsonist.
   (f) Ineligibility for probation/presumptive prison.
   (g) Registration as a narcotics offender.
   (h) Restitution and/or a restitution fine. ($100-$10,000)
   (i) Serious felony prior/prison prior.
   (j) Priorable.

9. I understand that if I am not a citizen of the United States a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, and/or denial of naturalization.    `NH`

10. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases.    `JAM`

Co Clk. Form CR-12 (Rev 9-88)

11. I now plead _GUILTY_ to the charges(s) described in #1 above and admit that on the date
     <span style="font-size:smaller">Guilty/No Contest</span>
     charged I: (Describe facts as to each charge in #1.)  [JAM]
     _POSSESSED METHAMPHETAMIN FOR SALE_

11a. **(If Applicable)** I understand that as to any and all ~~prior convictions(s)~~, enhancements(s) alleged against me in this
      case. I have all the constitutional rights listed in #3-#7 above. As to any prior convictions alleged. I understand that
      if I request a jury trial on the current case, the jury would not learn of or decide, the prior conviction(s) unless and
      until the jury found me guilty on the current charges.  [JAM]

11b. **(If Applicable)** I herby admit the ~~prior conviction(s)~~ enhancement(s) listed in this form, and give up my
      constitutional rights, including the right to separate jury determination on the issue of the prior conviction(s).  [JAM]

12. I do understand that the matter of probation and sentence is to be determined solely by the Court.  [JAM]

13. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of
     the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation,
     ordering restitution or imposing sentence.  [JAM]

14. I am entering my plea freely and voluntarily, without threat or fear to me or anyone closely related to me.  [JAM]

15a. I am pleading Guilty because in truth and in fact I AM GUILTY  [JAM]

15b. I understand that a plea of No Contest is the same as a plea of Guilty in this criminal case and for all purposes has the
      same consequences as a plea of Guilty.  [JAM]

16. I am now sober. I have not consumed any drug, alcohol or narcotic within the past 24 hours to the extent that my
     judgment is impaired.  [JAM]

17. I declare under penalty of perjury, under the laws of the State of California, that I have read, understood, and
     initialed each item above, and everything on the form is true and correct.  [JAM]

Dated: _4-26-89_          Defendant's Signature x _J.A. Marquez Jr._

Defendant's Address _650 SHEPHERD LN    SD    CA    92154_
                     <span style="font-size:smaller">Street        City    State    ZIP</span>

Defendant's Telephone No. _(619)- 690-1546_

**ATTORNEY'S STATEMENT**
The undersigned states that (s)he is the attorney for defendant in the above-entitled action; that (s)he personally read and explained the
contents of the above declaration to the defendant and each item thereof; that no meritorious defense exists to the charge(s) to which
defendant is pleading Guilty/No Contest; that (s)he personally observed the defendant fill in and initial each item, or read and initial each
item to acknowledge explanation of the contents of each item; that (s)he observed defendant date and sign said declaration; that (s)he
concurs in defendant's above plea and in defendant's waiver of constitutional rights.
Dated: _4-26-89_                                          _[signature]_
                                                         Attorney for Defendant

**INTERPRETER'S STATEMENT (If Applicable)**
I, the interpreter in this proceeding, having been duly sworn, truly translated this form and all the questions therein to the defendant in
the _____ language. The defendant indicated
that (s)he understood the contents of the form and (s)he then initialed and signed the form.
Dated: _____                                    _____
                                                         Court Interpreter

**PROSECUTOR'S STATEMENT**
The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney, EDWIN L. MILLER,
JR., District Attorney, concurs in the defendant's plea of Guilty/No Contest as set forth above.
Dated: _4/26/89_                                          _George L Ball_
                                                         Deputy District Attorney

**COURT'S FINDINGS AND ORDER**
The Court, having questioned the defendant concerning the defendant's constitutional rights, finds that defendant has voluntarily and
intelligently waived his/her constitutional rights. The Court finds that defendant's pleas and admissions are freely and voluntarily made,
that defendant understands the nature of the charges and the consequences of the plea, and that there is a factual basis for the plea. The
Court accepts defendant's plea, and the defendant is hereby convicted on his plea.
Dated: _4-26-89_                                          _[signature]_
                                                         Judge of the Superior Court

1714:28:1

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF _SAN DIEGO_
BRANCH _____

COURT I.D. _3_ _7_

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JOSE ALBERT MARQUEZ
AKA:

☒ PRESENT
☐ NOT PRESENT

CASE NUMBER
CR101287

KENNETH E. MARTONE Clerk of the Superior Court
SEP 17 1991
By K. FAHEY, Deputy

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED
ABSTRACT ☐

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 09-11-91 | 26 | HERBERT J. EXARHOS | K. FAHEY |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| T. WITH | G. PEED | M. BERG | G. TERRY |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION | | | CONVICTED BY | | | TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MO | DAY | YEAR | | | | YEARS | MONTHS |
| 2 | HS | 11378P | POSS CONT SUB FOR SALE | 88 | 04 | 26 | 89 | | | X | | 2 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | HS11370.2(c) | 3 | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) but § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. OTHER ORDERS: Restitution/fine of $300.00 per GC13967 payable forthwith or per PC2085.5.

5. TIME STAYED § 1170.1(a) (DOUBLE BASE LIMIT):

6. TOTAL TERM IMPOSED: | 5

7. ☐ THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):

8. EXECUTION OF SENTENCE IMPOSED:
A. ☐ AT INITIAL SENTENCING HEARING
B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. ☐ AFTER REVOCATION OF PROBATION
D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d)
E. ☐ OTHER _____

| 9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 09-11-91 | CREDIT FOR TIME SPENT IN CUSTODY TOTAL DAYS 390 | INCLUDING: ACTUAL LOCAL TIME 260 | LOCAL CONDUCT CREDITS 130 | STATE INSTITUTIONS ☐ DMH ☐ CDC |
|---|---|---|---|---|

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
☐ INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☐ SAN QUENTIN
☒ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☐ OTHER (SPECIFY):

## CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | K. FAHEY | DATE 9-17-91 |
|---|---|---|

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

## ABSTRACT OF JUDGMENT – COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Judicial Council of California
Effective April 1, 1990

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

F I L E D
Robert D. Zumwalt, Clerk
JAN 2 3 1969
BY _____ CRC

THE PEOPLE OF THE STATE OF CALIFORNIA,

                      Plaintiff,

      v.

JOSE ALBERT MARQUEZ JR.,
aka JOSE ALBERT MARQUEZ, JR.

*1-26-89*

                 Defendant(s)

SC No. CR *101287*
DA No. B   045242

INFORMATION

I N F O R M A T I O N
S U M M A R Y

| Ct. No. | Charge | Sentence Range | Defendant | Special Allegation | Alleg. Effect |
|---------|--------|----------------|-----------|--------------------|---------------|
| 1 | HS11379 | 2-3-4 | MARQUEZ, JOSE ALBERT JR. | HS11370.2( | +3 |
| 2 | HS11378 | 16-2-3 | MARQUEZ, JOSE ALBERT JR. | HS11370.2( | +3 |

The District Attorney of the County of San Diego, State of California, accuses the Defendant(s) of committing, in the County of San Diego, State of California, the following crime(s):

COUNT - 1 TRANSPORT OF CONTROLLED SUBSTANCES

    On or about December 14, 1988 JOSE ALBERT MARQUEZ JR. did willfully and unlawfully transport and offer to transport a controlled substance, to wit, methamphetamine, in violation of HEALTH AND SAFETY CODE SECTION 11379.

    And, it is further alleged that prior to the commission of the above-described offense, the defendant, JOSE ALBERT MARQUEZ JR. was convicted of the crime of violation of Health and Safety Code section 11352, within the meaning of Health and Safety Code section 11370.2(c).

COUNT - 2 POSSESSION FOR SALE OF A CONTROLLED SUBSTANCE

    On or about December 14, 1988 JOSE ALBERT MARQUEZ JR. did willfully and unlawfully have in his/her possession for purpose of sale a controlled substance, to wit, methamphetamine, in violation of HEALTH AND SAFETY CODE SECTION 11378.

    And, it is further alleged that prior to the commission of the above-described offense, the defendant, JOSE ALBERT MARQUEZ JR. was convicted of the crime of violation of Health and Safety Code section 11352, within the meaning of Health and Safety Code section 11370.2(c).

Page 1 of Case No. CR

NO PROBATION PRIOR, JOSE ALBERT MARQUEZ JR.:  And, it is further alleged that said defendant, JOSE ALBERT MARQUEZ JR., was on or about July 18, 1980 in the Superior Court of the State of California for the County of San Diego, convicted of a felony, to wit: Sell/Furnish/Transport A Controlled Narcotic Substance - Heroin, in violation of Health and Safety Code section 11352, CRS51052; and was on or about June 15, 1982, convicted of a felony, to wit: Burglary, first degree, in violation of Penal Code section 459, CRS58280, within the meaning of Penal Code section 1203(e)(4).


FIRST PRISON PRIOR, JOSE ALBERT MARQUEZ JR.:  And, it is further alleged that said defendant, JOSE ALBERT MARQUEZ JR., was on or about July 18, 1980, in the Superior Court of the State of California for the County of San Diego, convicted of a felony, to wit: Sell/Furnish/Transport A Controlled Narcotic Substance-Heroin, in violation of Health and Safety Code section 11352, CRS51052, and served a separate prison term for such offense and that he has not remained free of prison custody and free of the commission of an offense resulting in a felony conviction for five years subsequent to his release from prison for the above said felony, within the meaning of Penal Code section 667.5(b).

SECOND PRISON PRIOR, JOSE ALBERT MARQUEZ JR.:  And, it is further alleged that said defendant, JOSE ALBERT MARQUEZ JR., was on or about June 15, 1982, in the Superior Court of the State of California for the County of San Diego, convicted of a felony, to wit: Burlary Of An Inhabited Dwelling, in violation of Penal Code section 459, CRS58280, and served a separate prison term for such offense and that he has not remained free of prison custody and free of the commission of an offense resulting in a felony conviction for five years subsequent to his release from prison for the above said felony, within the meaning of Penal Code section 667.5(b).

THIS INFORMATION NUMBERED CR            , CONSISTS OF  2 COUNT(S).

EDWIN L. MILLER, JR.
DISTRICT ATTORNEY
County of San Diego,
State of California

Dated 01/19/1989                    By: _James Rippin_____

CUSTODY
Bk #88206361A
SDSO-I

# MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## SOUTH BAY JUDICIAL DISTRICT

FILED-CLERK

1988 DEC 16 AM 9 10

SOUTH BAY
MUNICIPAL COURT

The People of the State of California,

Plaintiff,

vs.

MARQUEZ, JOSE ALBERT, JR.
AKA: MARQUEZ, JOSE ALBERTO, JR.

DOB: 01-19-60 M/M

Defendant

**Complaint - Criminal**
**(FELONY)**

FILED
Robert D. Zumwalt, Clerk
JAN 18 1989
By E.D. Norwood, Deputy

CR101287

D.A. No.  B45242

Case No.  SF33774

The undersigned complains that in the County of San Diego, State of California, and before the making or filing of this Complaint, the Defendant(s) did commit the following crime(s):

COUNT ONE:  On or about December 14, 1988, JOSE ALBERT MARQUEZ, JR., did unlawfully transport and attempt to transport controlled substances, in violation of Health and Safety Code section 11379.

COUNT TWO:  On or about December 14,1988, JOSE ALBERT MARQUEZ, JR. did unlawfully possess controlled substances for sale, in violation of Health and Safety Code section 11378.

And, it is further alleged that the weight of the substance involved in the above described offense was more than 28.5 grams of methamphetamine, and a substance containing 28.5 grams or more of methamphetamine, and 57 grams or more of a substance containing methamphetamine, within the meaning of Penal Code section 1203.073(b)(2).

FIRST PRIOR:  And, it is further alleged that said defendant, JOSE ALBERT MARQUEZ, JR., was on or about June 15, 1982, in the Superior Court of the State of California, for the County of San Diego, convicted of a felony, to wit, burglary, in violation of Penal Code section 459, #CRS58280, and served a separate prison term for such offense and that he has not remained free of prison custody and free of felony convictions for five years subsequent to his release from prison for the above said felony, within the meaning of Penal Code section 667.5(b).

CUSTODY
Bk #88206361A
SDSO-I

## MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
### SOUTH BAY JUDICIAL DISTRICT

The People of the State of California,

                                              Plaintiff,

          vs.

MARQUEZ, JOSE ALBERT, JR.
AKA: MARQUEZ, JOSE ALBERTO, JR.

DOB: 01-19-60 M/M

                                              Defendant

**Complaint-Criminal**
**(FELONY)**

FILED
JAN 18 1989

D.A. No.    B45242

Case No. SF33774

    The undersigned complains that in the County of San Diego, State of California, and before the making or filing of this Complaint, the Defendant(s) did commit the following crime(s):

SECOND PRIOR: And, it is further alleged that said defendant, JOSE ALBERT MARQUEZ, JR., was on or about August 15, 1980, in the Superior Court of the State of California, for the County of San Diego, convicted of a felony, to wit, sell, furnish, transport controlled narcotic substance, in violation of Health and Safety Code section 11352, #CRS51052, and served a separate prison term for such offense and that he has not remained free of prison custody and free of felony convictions for five years subsequent to his release from prison for the above said felony, within the meaning of Penal Code section 667.5(b).

    Subscribed and sworn to before me on
this date: _____

_____
Judge of the Municipal Court, South Bay
Judicial District, County of San Diego,
State of California

mmh
Form DA 377(4-83)

I certify under penalty of perjury that the foregoing is true and correct. Executed at Chula Vista, CA on this date: December 16, 1988

_____
Complainant

DEC 16 1988